JS-6/Enter

FILED
CLERK, U.S. DISTRICT COURT

DEC 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GALEN DEAN ROWLETT,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW CATE, Director of Corrections,<br><br>Respondent. | Case No. EDCV 08-01765 JFW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED:   December 12, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY